# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Aelisha Naomi Marsh ,

    Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                          3:09cv289

CBS Media Corporation , et al,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 24, 2009 Order.

Signed: September 24, 2009

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court