UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09-cv-289-RJC

| | |
|---|---|
| AELISHA NAOMI MARSH,<br>Plaintiff,<br><br>v.<br><br>CBS MEDIA CORPORATION, et al.,<br>Defendants. | ORDER |

**THIS MATTER** is before the Court pursuant to several motions filed by pro se plaintiff Aelisha Marsh: motion to extend (Doc. No. 52); motion for injunctive relief (Doc. No. 53); motion to pay legal fees (Doc. No. 54); motion to appeal protested determination of wage and monetary determination (Doc. No. 57); motion for alternative dispute resolution (Doc. No. 58); motion for continuance (Doc. No. 59); motion ordering a class action (Doc. No. 60); motion for injunctive relief (Doc. No. 61); motion to pay legal fees (Doc. No. 62); and motion for removal of Judge Conrad (Doc. No. 65).

On September 24, 2009, the Court ordered that all of plaintiff's claims be dismissed. (Doc. No. 50). After plaintiff's claims were dismissed, plaintiff filed the ten motions listed above. These motions are moot in light of the Court's dismissal order.[1]

**IT IS THEREFORE ORDERED** that plaintiff's motions (Doc. Nos. 52, 53, 54, 57, 58, 59, 60, 61, 62, 65) are **DENIED**.

---

[1] The only motion that remains pending is plaintiff's motion to strike all dismissals. (Doc. No. 55). Out of an abundance of caution, the Court treated this motion as a notice of appeal of the Court's dismissal order.

Signed: October 30, 2009

Robert J. Conrad, Jr.
Chief United States District Judge